# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SONEET R. KAPILA, as Assignee;** | |
| **Plaintiff,** | **8:21CV105** |
| vs. | |
| **BRIDGET GORDMAN,** | **ORDER** |
| **Defendant.** | |

This matter is before the Court on the parties' request for stay pending mediation in their Rule 26(f) Meeting report ([Filing No. 29](#)). The parties are planning to schedule mediation within the next 60 days. The parties agree that the deadlines should be stayed pending the outcome of mediation. Accordingly,

**IT IS ORDERED:**

1. All case deadlines are stayed pending further order of the Court; and
2. On or before **October 11, 2021**, the parties shall file a status report regarding the outcome of mediation and whether the parties believe the stay should continue or be lifted.

Dated this 10th day of August, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge